# EXHIBIT A



Secure Processing Center
25 Route 111, P.O. Box 1048
Smithtown, NY 11787

··················SNGLP

59

March 11, 2026

Dear

Wiley Rein LLP ("Wiley") recognizes the importance of safeguarding information. We are writing to inform you that we have identified and addressed an incident involving information related to you. This courtesy notice explains the incident, measures we have taken, and additional steps you may consider taking.

**Who Are We, and Why Do We Have Your Information?**
We are a law firm located in Washington, D.C., advising a broad range of clients on a wide variety of legal and policy matters. We have information related to you because you are one of our clients, because one of our clients provided the information to us in connection with the services we were providing to them, or for another business-related reason.

**What Happened?**
We identified unauthorized access to the email accounts of certain Wiley professionals. We immediately implemented our incident response plan, took steps to secure the accounts, and launched an investigation. Third-party cybersecurity firms were engaged to assist. We also notified law enforcement and are coordinating with them.

The evidence showed that an unauthorized actor viewed and obtained emails from those accounts on certain dates between July 22, 2024 and June 17, 2025. We conducted a careful review of the emails and, on February 9, 2026, determined that one or more of them contained information related to you.

**What Information Was Involved?**
The information included your name and date of birth.

**What We Are Doing.**
We are providing you with this notice as a courtesy and because we take this incident seriously. We have also arranged for you to receive 12 months of complimentary access to Epiq's Privacy Solutions ID credit monitoring, as discussed below. Additionally, to help prevent something like this from happening again, we have taken additional steps to enhance our existing security measures.

**What You Can Do.**
We encourage you to remain vigilant by reviewing your account statements and credit reports for any unauthorized activity. Additionally, you can enroll in the complimentary credit monitoring product we have arranged for you. This product is designed to detect potential misuse of your information and offers identity protection solutions aimed at promptly identifying and resolving any instances of identity theft. Activating this product will not affect your credit score. For more information on identity theft prevention and Privacy Solutions ID, including instructions on how to activate your 12 months of access, as well as some additional steps you can take in response, please review the pages that follow this letter.

**For More Information.**

We regret that this occurred and apologize for any inconvenience. If you have any questions, please contact us at 877-250-2745, Monday through Friday, between 9:00 a.m. and 9:00 p.m., Eastern Standard Time, excluding holidays.

Sincerely,

Wiley Rein LLP

Activation Code: ▆▆▆▆▆▆▆
**Enrollment Deadline**: June 30, 2026
**Coverage Length**: 12 Months

## Epiq – Privacy Solutions ID
### 3B Credit Monitoring

**How To Enroll:**
1) Visit www.privacysolutionsid.com and click "Activate Account"
2) Enter the following activation code, ▆▆▆▆▆▆▆ and complete the enrollment form
3) *Complete the identity verification process*
4) You will receive a separate email from noreply@privacysolutions.com confirming your account has been set up successfully and will include an Access Your Account link in the body of the email that will direct you to the log-in page
5) *Enter your log-in credentials*
6) *You will be directed to your dashboard and activation is complete!*

**Privacy Solutions ID provides** three bureau credit monitoring through Equifax, credit report and score access, *$1 million identity theft insurance with $0 deductible, ID Restoration services, and dark web monitoring*. See below for more details.

**Credit Monitoring with Alerts**
Monitors your credit file(s) for key changes, with alerts such as credit inquiries, new accounts, and public records.

**3-Bureau Credit Score and Report[1]**
Annual 3-Bureau VantageScore and 3-Bureau Credit Report

**SSN Monitoring (High Risk Transaction Monitoring, Real-Time Authentication Alerts, Real-Time Inquiry Alerts)**
Real-time monitoring of SSNs across situations like loan applications, employment and healthcare records, tax filings, and payment platform, with alerts.

**Dark Web Monitoring**
Searches for compromised information across the dark web, with alerts.

**Credit Report Lock/Freeze**
Assists with blocking access to the credit file for the purposes of extending credit (with certain exceptions).

**Lost Wallet Assistance**
Assistance with canceling and reissuing credit and ID cards.

**Identity Restoration**
Dedicated ID restoration specialists who assist with ID theft recovery.

**Up to $1MM Identity Theft Insurance[2]**
Provides up to $1,000,00 ($0 deductible) Identity Theft Event Expense Reimbursement Insurance on a discovery basis. This insurance aids in the recovery of a stolen identity by helping to cover expenses normally associated with identity theft.

**Unauthorized Electronic Funds Transfer- UEFT[2]**
Provides up to $1,000,000 ($0 deductible) Unauthorized Electronic Funds Transfer Reimbursement. This aids in the recovery of stolen funds resulting from fraudulent activity--occurrence based.

**Personal Info Protection**
Helps users find their exposed personal information on the surface web—specifically on people search sites and data brokers – so that the user can opt out/remove it. Helps protect members from ID theft, robo calls, stalkers, and other privacy risks.

If you need assistance with the enrollment process or have questions regarding Epiq – Privacy Solutions ID, please call directly **866.675.2006.**

[1] The credit scores provided are based on the VantageScore 3.0 model. For three-bureau VantageScore credit scores, data from Equifax®, Experian®, and TransUnion® are used respectively. Any one-bureau VantageScore uses Equifax data. Third parties use many different types of credit scores and are likely to use a different type of credit score to assess your creditworthiness. Credit monitoring from Experian and TransUnion will take several days to begin.

[2] Identity Theft Insurance is underwritten by insurance company subsidiaries or affiliates of American International Group, Inc. The description herein is a summary and intended for informational purposes only and does not include all terms, conditions, and exclusions of the policies described. Please refer to the actual policies for terms, conditions, and exclusions of coverage. Coverage may not be available in all jurisdictions.

We remind you it is always advisable to be vigilant for incidents of fraud and identity theft by reviewing your account statements and free credit reports for any unauthorized activity. You may obtain a copy of your credit report, free of charge, once every 12 months from each of the three nationwide credit reporting companies. To order your annual free credit report, please visit www.annualcreditreport.com or call toll free at 1-877-322-8228. Contact information for the three nationwide credit reporting companies is as follows:

- *Equifax*, PO Box 740241, Atlanta, GA 30374, www.equifax.com, 1-888-378-4329
- *Experian*, PO Box 2002, Allen, TX 75013, www.experian.com, 1-888-397-3742
- *TransUnion*, PO Box 2000, Chester, PA 19016, www.transunion.com, 1-833-799-5355

If you believe you are the victim of identity theft or have reason to believe your personal information has been misused, you should immediately contact the Federal Trade Commission and/or the Attorney General's office in your state. You can obtain information from these sources about steps an individual can take to avoid identity theft as well as information about fraud alerts and security freezes. You should also contact your local law enforcement authorities and file a police report. Obtain a copy of the police report in case you are asked to provide copies to creditors to correct your records. Contact information for the Federal Trade Commission is as follows:

- *Federal Trade Commission*, Consumer Response Center, 600 Pennsylvania Avenue NW, Washington, DC 20580, 1-877-IDTHEFT (438-4338), www.identitytheft.gov

**Fraud Alerts and Credit or Security Freezes:**

*Fraud Alerts:* There are two types of general fraud alerts you can place on your credit report to put your creditors on notice that you may be a victim of fraud—an initial alert and an extended alert. You may ask that an initial fraud alert be placed on your credit report if you suspect you have been, or are about to be, a victim of identity theft. An initial fraud alert stays on your credit report for one year. You may have an extended alert placed on your credit report if you have already been a victim of identity theft with the appropriate documentary proof. An extended fraud alert stays on your credit report for seven years.

To place a fraud alert on your credit reports, contact one of the nationwide credit bureaus. A fraud alert is free. The credit bureau you contact must tell the other two, and all three will place an alert on their versions of your report.

For those in the military who want to protect their credit while deployed, an Active Duty Military Fraud Alert lasts for one year and can be renewed for the length of your deployment. The credit bureaus will also take you off their marketing lists for pre-screened credit card offers for two years, unless you ask them not to.

*Credit or Security Freezes:* You have the right to put a credit freeze, also known as a security freeze, on your credit file, free of charge, which makes it more difficult for identity thieves to open new accounts in your name. That's because most creditors need to see your credit report before they approve a new account. If they can't see your report, they may not extend the credit.

*How do I place a freeze on my credit reports?* There is no fee to place or lift a security freeze. Unlike a fraud alert, you must separately place a security freeze on your credit file at each credit reporting company. For information and instructions to place a security freeze, contact each of the credit reporting agencies at the addresses below:

- *Experian Security Freeze*, PO Box 9554, Allen, TX 75013, www.experian.com
- *TransUnion Security Freeze*, PO Box 2000, Chester, PA 19016, www.transunion.com
- *Equifax Security Freeze*, PO Box 105788, Atlanta, GA 30348, www.equifax.com

You'll need to supply your name, address, date of birth, Social Security number and other personal information.

After receiving your freeze request, each credit bureau will provide you with a unique PIN (personal identification number) or password. Keep the PIN or password in a safe place. You will need it if you choose to lift the freeze.

How do I lift a freeze? A freeze remains in place until you ask the credit bureau to temporarily lift it or remove it altogether. If the request is made online or by phone, a credit bureau must lift a freeze within one hour. If the request is made by mail, then the bureau must lift the freeze no later than three business days after getting your request.

If you opt for a temporary lift because you are applying for credit or a job, and you can find out which credit bureau the business will contact for your file, you can save some time by lifting the freeze only at that particular credit bureau. Otherwise, you need to make the request with all three credit bureaus.

Wiley Rein LLP is located at 2050 M Street NW, Washington, DC 20036, and can be reached at (202) 719-7000.

## Additional Information for Residents of the Following State(s)

**Connecticut:** You may contact and obtain information from your state attorney general at: Connecticut Attorney General's Office, 165 Capitol Ave, Hartford, CT 06106, 1-860-808-5318, www.ct.gov/ag

**New York:** You may contact and obtain information from these state agencies: *New York Department of State Division of Consumer Protection*, One Commerce Plaza, 99 Washington Ave., Albany, NY 12231-0001, 518-474-8583 / 1-800-697-1220, http://www.dos.ny.gov/consumerprotection; and *New York State Office of the Attorney General*, The Capitol, Albany, NY 12224-0341, 1-800-771-7755, https://ag.ny.gov

# EXHIBIT B



Mark B. Sweet
202.719.4649
msweet@wiley.law

Wiley Rein LLP
2050 M St NW
Washington, DC 20036
Tel: 202.719.7000

**wiley.law**



We have compiled the details of how the recent cybersecurity incident our firm experienced may have involved the information of individuals related to our prior representation of Gopher Resource, LLC ("Gopher").

We were notified by Microsoft on June 13, 2025 of anomalous activity in the Microsoft 365 accounts of certain Wiley Rein personnel. After notification, Mandiant, CrowdStrike, and CYPFER were engaged to investigate and assist with any response to the anomalous activity. In particular, Mandiant was engaged to conduct a forensic investigation and to advise on containment and hardening measures designed to terminate any unauthorized actors' access to our environment. CrowdStrike was engaged to provide continuous monitoring and threat hunting through its Falcon endpoint detection and response tool, which we deployed alongside our existing EDR tool after becoming aware of the attack. CYPFER provided additional on-site and remote support in executing the containment and hardening strategy.

The evidence showed that a group that may be affiliated with the Chinese government accessed email messages in the Microsoft 365 accounts of certain Wiley Rein personnel between July 22, 2024 and June 17, 2025 for intelligence-gathering purposes. We understand that this group focuses on information of interest to the Chinese government, including trade, Taiwan, and the activities of various parts of the United States government involved in tariffs, foreign policy, and foreign investment review.

Among the personnel whose email accounts were accessed was an attorney who had provided services to Gopher during the period of unauthorized access. The evidence showed that the unauthorized actor had access to this attorney's email account from July 22, 2024 to March 18, 2025, and the email account contained emails for the year prior to each date of access. Some of those emails and their attachments contained personal information of plaintiffs in lawsuits against

March 6, 2026
Page 2

**<u>CONFIDENTIAL</u>**

Gopher and other individuals whose information was sought via subpoena. We notified you of this development and explained that while our data review efforts were ongoing, the types of information related to the individuals involved varied but included names, addresses, dates of births, financial account numbers, medical information, and/or partial or full Social Security numbers. We have attached a list of those individuals and the data elements present for each of them as Exhibit A for ease of reference.

We have worked together to research and compile the addresses for the individuals whose information was involved in the incident. As discussed, we intend to mail notification letters directly to all individuals listed in Exhibit A on March 11, 2026. As illustrated in Exhibit A, certain individuals will receive legally required notice pursuant to state notice laws based on the types of information involved, while others will receive a correspondence from our firm notifying them of the incident as a courtesy even though notice is not legally required. All individuals will be advised that they are entitled to free credit monitoring and will receive instructions on how to initiate the monitoring. We also have established a dedicated, third-party call center to answer questions individuals may have about the incident.

Please let us know if you have any questions.


Sincerely,

<u>/s/ *Mark B. Sweet*</u>

Mark B. Sweet

wiley.law