**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **DERRICK BURKETT,** on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>**WILEY REIN LLP**,<br><br>Defendant. | Case No. 1:26-cv-01791 |

**PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Derrick Burkett hereby gives notice that his claims in this action against Defendant Wiley Rein LLP, are hereby voluntarily dismissed without prejudice, with each party to bear its own costs and attorneys' fees.

Dated: August 21, 2026

Respectfully submitted,

By: *[/s/ Michael J. Fuller, Jr.]*

Michael J. Fuller, Jr., DC Bar 470533
**FARRELL & FULLER**
270 Munoz Rivera Avenue, Suite 201
San Juan, PR 00918
T: 939-293-8244
F: 939-293-8245

David I. Ackerman, DC Bar 482075
**MOTLEY RICE LLC**
401 Ninth St. NW, Suite 630
Washington, DC 20004
T: 202-849-4962
F: 202-386-9622

*Attorneys for Plaintiffs and the Proposed Class*